# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Albert Robertson and Frances Robertson, William J. Garrity, III and Garrity Ventures, LLC, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Sea Pines Real Estate Companies, Inc., a/k/a The Sea Pines Real Estate Co.; Coastal Homes and Land, Inc. a/k/a Coastal Homes & Land Realty; Collins Group Realty, Inc.; Engard Rental Company, LLC a/k/a Engard Real Estate Co.; Bruce A. Goff, Inc; Daufuskie Island Resort Realty, LLC; Searchlight Realty, Inc. a/k/a Searchlight Realty; Gateway Realty, LLC; Hilton Head Luxury Properties, Inc. a/k/a Prudential Premier Island Properties; Charter 1 Realty & Marketing; The William F. Hilton Company a/k/a William F. Hilton Realty; E.G. Robinson, III and Associates Realtors, Inc. a/k/a E.G. Robinson Real Estate; Gina Scott Realty; Lancaster Resort Rentals and Sales, Inc. a/k/a Lancaster Resort Sales; Ingram, Thompson & Assoc., Inc.; Julie Toon Pawley Real Estate Broker, Inc.; and CRG Properties, Inc. a/k/a Carolina Realty Group, Inc., <br><br> Defendants. | Case No. 9:10-CV-00095-SB |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE
## <u>PROPOSED SETTLEMENT WITH ALL DEFENDANTS</u>

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Albert and Frances Robertson, William J. Garrity, III and Garrity Ventures, LLC, move for an order preliminarily approving the settlement with the defendants in this litigation: Sea Pines Real Estate Companies, Inc., a/k/a The Sea Pines Real Estate Co.; Coastal Homes and Land, Inc. a/k/a Coastal Homes & Land Realty; Collins Group Realty, Inc.; Engard Rental Company, LLC a/k/a Engard Real Estate Co.; Bruce A. Goff, Inc; Daufuskie Island Resort Realty, LLC; Searchlight Realty, Inc. a/k/a Searchlight Realty; Gateway Realty, LLC; Hilton Head Luxury Properties, Inc. a/k/a Prudential Premier Island Properties; Charter 1 Realty & Marketing; The William F. Hilton Company a/k/a William F. Hilton Realty; E.G. Robinson, III and Associates Realtors, Inc. a/k/a E.G. Robinson Real Estate; Gina Scott Realty; Julie Toon Pawley Real Estate Broker, Inc.; and CRG Properties, Inc. a/k/a Carolina Realty Group, Inc. (collectively "Defendants").

The reasons in support of this motion are fully set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement with All Defendants. A proposed preliminary approval order accompanies this Motion. *See* Exhibit A-1.

Date: February 4, 2013            Respectfully Submitted,

/s/ Brian D. Penny
Brian D. Penny
**GOLDMAN SCARLATO KARON & PENNY, P.C.**
101 E. Lancaster Avenue, Suite 204
Wayne, PA 19087
Telephone:(484) 342-0700
Facsimile: (484) 580-8747
Email: penny@gskplaw.com

*Attorney for Plaintiffs and the proposed Class*